UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA

   - v. -

ERIN FOLEY, TED ALBIN, and ALAN SWISS,

                           Defendants.

------------------------------------- X

**UNSEALING ORDER**

S1 23 Cr. 664 (JGK)

WHEREAS, an *ex parte* application has been made by the United States of America requesting an order of the Court directing the unsealing of the Indictment in this case (the "Indictment"); and

WHEREAS, the Court finds that there no longer remains any reason for the Indictment to remain sealed;

IT IS HEREBY ORDERED that the Indictment is unsealed.

SO ORDERED:

Dated:    New York, New York
          January 30, 2024

                              _____
                              JOHN G. KOELTL
                              United States District Judge
                              Southern District of New York

1