UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

ALAN SWISS,
                        Defendant.
------------------------------------------------------------X

S1 23 cr 664 (JGK)

**ORDER**

       The defendant, Alan Swiss, having been arraigned, today, on the superseding indictment, is hereby ordered released on the following conditions:

       1. A $500,000 bond cosigned by two (2) financially responsible people.

       2. The defendant is subjected to Pretrial Services supervision as directed.

       3. The defendant shall surrender all travel documents and make no new applications.

       4. Travel is restricted to the Southern District of Florida and the Southern and Eastern Districts of New York, with all points in between, for court related purposes only.

       5. The defendant shall obtain and maintain verifiable employment.

       6. The defendant shall have no contact with co-defendants, victims and witnesses unless in the presence of counsel. Witnesses include present and former employees of all entities identified in the superseding indictment. The defendant may not discuss the case or facts underlying the case with the defendant's ex-wife.

       7. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

       8. The defendant is subjected to drug testing and treatment as directed by Pretrial Services

       9. The defendant shall continue to participate in mental health evaluation and treatment as directed by Pretrial Services.

10. The defendant shall maintain residence at Fern House and shall not relocate without Pretrial Services approval.

11. The defendant shall have no possession of firearms, weapons and or destructive devices.

12. The defendant shall not engage in Medicare billing or employment related to Medicare or health insurance.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 20, 2024