UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                               23 cr 664 (JGK)

ALAN SWISS,
                        Defendant.
-----------------------------------------------------------X

        It is hereby ordered that Florian Miedel, Esq., be appointed as counsel to the defendant, Alan Swiss, for all purposes.

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           March 20, 2024