```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -

ALAN SWISS,

              Defendant.

23-cr-664 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **April 18, 2024** at **4:30 p.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow the Government to make discovery, to allow the defendant to review discovery, on March 20, 2024 the Court prospectively excluded the time from **March 20, 2024** until **April 18, 2024,** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
           March 21, 2024

                                                  John G. Koeltl
                                       United States District Judge