

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

October 4, 2024

RE:   *United States v. Alan Swiss*
      23-Cr-664-JGK

Dear Judge Koeltl:

Alan Swiss is charged with health care fraud and wire fraud, among other charges. On March 20, 2024, this Court released Mr. Swiss on a $500,000 bond with a number of conditions. Those included a restriction that Mr. Swiss's travel be limited to the Southern District of Florida and the Southern and Eastern Districts of New York, and travel in between for court purposes. Mr. Swiss has studiously abided by his pretrial restrictions.

I write, with the consent of Pretrial Services and the government, to respectfully request for Mr. Swiss's travel restriction to temporarily be modified to permit him to travel to visit his elderly mother in Las Vegas, Nevada, between October 27 and November 2. If permitted to do so, he will provide Pretrial Services with an itinerary and keep Pretrial services abreast of any changes.

Thank you for your consideration.

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/4/24

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Alan Swiss*

cc:   Government Counsel (*via* ECF)
      Pretrial Services (*via* email)