March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

Foley, et al    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

23 -CR-664(JGK)(    )

Defendant __Alan Swiss__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Alan Swiss_
Print Defendant's Name

_____
Defense Counsel's Signature

_Florian Miedel_
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

10/17/24
Date

_____
U.S. District Judge/U.S. Magistrate Judge