

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

February 26, 2025

```
Application granted. SO ORDERED.

Dated:  February 27, 2025        /s/ John G. Koeltl
        New York, New York       John G. Koeltl, U.S.D.J.
```

                  RE:       ***United States v. Alan Swiss***
                             **23-Cr-664-JGK**

Dear Judge Koeltl:

       Alan Swiss recently pled guilty to a §371 conspiracy to engage in health care fraud, wire fraud, and a violation of the anti-kickback statute. He is scheduled to be sentenced on May 29, 2025. On March 20, 2024, this Court released Mr. Swiss on a $500,000 bond with a number of conditions. One of the conditions of the bond directed that Mr. Swiss "shall not engage in Medicare billing or employment related to Medicare or health insurance." Mr. Swiss has studiously abided by his pretrial restrictions.

       I write, with the consent of the government, to respectfully request for this condition to be modified to permit Mr. Swiss to be employed as an admissions coordinator at Archstone Behavioral Health, a rehabilitation center in Lantana, Florida. After a lengthy period of unemployment, Mr. Swiss recently found this job, which has a good salary and benefits. In his capacity as admissions coordinator, Mr. Swiss will be client facing and will obtain intake information from clients, including health insurance information. He will then pass that information on to the billing department. He will have no substantive involvement in billing or communication with insurance companies.

       I have discussed this request with the government, which consents to the modification. Pretrial Services has indicated that it has no objection but that a court order is required to modify the condition. Accordingly, I respectfully request for the Court to modify Mr. Swiss's bond conditions to permit him to be employed at Archstone.

       Thank you for your consideration.

                                                            Respectfully submitted,

                                                            /s/

                                                           Florian Miedel
                                                           *Attorney for Alan Swiss*

cc:      Government Counsel (*via* ECF)
           Pretrial Services (*via* email)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com