```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -

ALAN SWISS,

        Defendant.

23-cr-664 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The Government should respond to the motion filed on June 10, 2025 (ECF No. 125) by **June 27, 2025**. The movant may reply by **July 11, 2025**.

SO ORDERED.

Dated:    New York, New York
            June 12, 2025

                                          John G. Koeltl
                                   United States District Judge