

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/27/25

**VIA ECF**

June 27, 2025

The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

          RE:      *United States v. Alan Swiss*
                     23-Cr-664-JGK

Dear Judge Koeltl:

      On May 30, 2025, Your Honor sentenced Alan Swiss to 42 months incarceration following his guilty plea to conspiracy to commit health care fraud and wire fraud. Mr. Swiss is scheduled to surrender to his designated BOP facility on September 12, 2025. He is currently released on a $500,000 bond with a number of conditions. Those conditions include a restriction that Mr. Swiss's travel be limited to the Southern District of Florida and the Southern and Eastern Districts of New York, and travel in between for court purposes. Mr. Swiss has studiously abided by his pretrial restrictions.

      I write, with the consent of Pretrial Services and the government, to respectfully request for Mr. Swiss's travel restriction to temporarily be modified to permit him to travel to visit his elderly mother in Las Vegas, Nevada, between July 26th and August 9th, as the Court previously did in October of 2024 and May 2025. If permitted to do so, he will provide Pretrial Services with an itinerary and keep Pretrial Services abreast of any changes.

      Thank you for your consideration.

                                            Respectfully submitted,

                                            /s/

                                            Florian Miedel
                                            *Attorney for Alan Swiss*

cc:    Government Counsel (*via* ECF)
        Pretrial Services (*via* email)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com