

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 1, 2025

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *United States v. Swiss*, 23 Cr. 664 (JGK)

Dear Judge Koeltl:

    The Government writes in response to the Court's order dated June 12, 2025 ordering the Government to respond to the motion filed by motion filed by counsel on behalf of non-party Danielle Ross seeking to amend the Forfeiture Order entered in this case. The Government respectfully requests until July 3, 2025 to respond to the motion. Counsel for Ms. Ross consents to this request. This is the Government's first request for an extension.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: *Brandon C. Thompson*
    Brandon C. Thompson
    William C. Kinder
    Jackie Delligatti
    Ryan B. Finkel
    Assistant United States Attorneys
    (212) 637-2444/2394/2559/6612

**APPLICATION GRANTED**
**SO ORDERED**

7/1/25   *John G. Koeltl*
      John G. Koeltl, U.S.D.J.