UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

ALAN SWISS,

          Defendant.

23-cr-664 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Based on the documents submitted by the Government, the Court has signed the arrest warrant for the defendant. The defendant's request that the defendant simply self-surrender to begin his sentence is **denied**.

The Court should await the result of the defendant's sentencing in Florida and hear from the parties as to how the purposes of detention pending the defendant's surrender to begin his sentence can be accomplished.

SO ORDERED.
Dated: New York, New York
       August 4, 2025

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                                  United States District Judge