UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

ALAN SWISS,

           Defendant.

23-cr-664 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In an Order permitting the sale of the Subject Property, the petitioner, the defendant, and the Government agree that "there is a lien on the Subject [P]roperty in favor of Ross as a result of child support arrears owed by the Defendant." ECF No. 164. The Government should address the effect of this lien, if any, on the motion to withhold an amount of the forfeiture.

SO ORDERED.
Dated:    New York, New York
           August 8, 2025

                                    John G. Koeltl
                                United States District Judge