```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

UNITED STATES OF AMERICA,

      - against -

ALAN SWISS,
                Defendant.

─────────────────────────────────

23-cr-664 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

At the defendant's request, the U.S. Marshal Service is requested to transport the defendant to his designated facility in Leavenworth, Kansas to begin service of his sentence.

SO ORDERED.

Dated: New York, New York
       August 21, 2025

                              /s/ John G. Koeltl
                              John G. Koeltl
                         United States District Judge