

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 30, 2025

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Erin Foley, et al.*, 23 Cr. 664 (JGK)

Dear Judge Koeltl:

The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Rushmi Bhaskaran
Assistant United States Attorney
(212) 637-2439

Cc: Counsel of Record (by ECF)

---

Application Granted. SO ORDERED.

Dated:   August 25, 2025            /s/ John G. Koeltl
         New York, New York        John G. Koeltl, U.S.D.J.