UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -                  23-cr-664 (JGK)

ALAN SWISS,                          ORDER

             Defendant.

JOHN G. KOELTL, District Judge:

    The Government and Petitioner Danielle Ross are directed to appear, by phone, on **October 16, 2025, at 4:30 p.m.** for a conference regarding the petitioner's motion to withhold an amount of the forfeiture.

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            September 25, 2025

                                      John G. Koeltl
                                United States District Judge